# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| LEROY WAFER § § | |
| v. § § | CIVIL ACTION NO. 3:24-CV-2906-S-BN |
| STATE OF TEXAS, et al. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court need not consider whether to grant a certificate of appealability ("COA"), since "[a] COA is not required for an appeal from the denial of a petition for a writ of coram nobis." *Rodriguez v. Johnson*, 244 F.3d 136, 2000 WL 1901607, at *1 (5th Cir. Dec. 13, 2000) (citing 28 U.S.C. § 2253(c)(1); *United States v. Dyer*, 136 F.3d 417, 429 n.32 (5th Cir. 1998)).

**SO ORDERED.**

SIGNED January 13, 2025.

_____
UNITED STATES DISTRICT JUDGE